# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-154

| | |
|---|---|
| DAVID LEWIS TURNER, | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| CRYSTAL SAIN BEALE, SCOTT MAPLE, W. DAVID LEE, AND DAVID HALL, | ) |
| **Defendants.** | ) |

**BEFORE THE COURT** is its own motion regarding two motions to dismiss filed by Defendants. These motions argue, among other things, that Plaintiff's pleading fails to state a claim because it is indecipherable. Plaintiff is warned that his action may be dismissed if he does not appropriately address these motions.

Plaintiff is advised that he has the opportunity to respond to these motions in a writing filed with this Court within fourteen (14) days of the filing of this Order. A copy of any such response must be served on counsel for defendants.

Plaintiff is advised to heed the following warning. Even pro se parties in federal court have duties pursuant to Rule 11. When Plaintiff signs and presents to the Court a pleading or other filing, Plaintiff is certifying that "to the best of [his] knowledge, information, and belief, formed after an inquiry reasonable under the circumstances" that he is not making filings "for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation" and that "the factual contentions have evidentiary support, or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery." Fed. R. Civ. P. 11(b). Violating these requirements can result in

sanctions, including **monetary sanctions**.  Fed. R. Civ. P. 11(c).  Also, any future submissions may be subject to pre-filing review.

        **IT IS, THEREFORE, ORDERED THAT** Plaintiff respond to Defendants' Motions to Dismiss (Docs. 13, 16) within fourteen (14) days of the filing of this Order.

        Signed:  March 25, 2015

Richard L. Voorhees
United States District Judge