IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-154

| | | |
|---|---|---|
| DAVIS LEWIS TURNER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CRYSTAL SAIN BEALE, SCOTT MAPLE, | ) | |
| W. DAVID LEE, DAVID HALL, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**BEFORE THE COURT** are defendants' joint motion to dismiss (Doc. 13, 16). This Court informed Plaintiff of his responsibility to respond in an Order dated March 25, 2015. (Doc. 28). The Order gave *pro se* Plaintiff an additional fourteen (14) days to respond. (Doc. 28). Plaintiff has not responded within the time allotted.

The motions adequately address the fact that the pleading filed by Plaintiff is completely indecipherable. By way of example, here is an excerpt from Plaintiff's pleading:

> For this **CONTEST** of these **CORRECT-PARSE-SYNTAX-GRAMMAR are** with these VASSALEES:
> ~1 **CRYSTAL SAIN BEALE**, [assistant actor district attorney, void-oath] [IREDELL-COUNTY-HALL OF THE JUSTICE-ANNEX-~201-EAST-WATER-STREET,-~STATEVILLE,-~ NORTH-CAROLINA-~28677] FOR THIS ACTOR OF THE COLORING WITH THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-LAW-TITLE-~18: U.-S.-C.-S.-~242, **ARE** WITH THE DAMAGE-CLAIM AGAINST THE CLAIMANT.
> ~2 **SCOTT MAPLE**, [detective actor, void-oath] [IREDELL-COUNTY-HALL OF THE JUSTICE-ANNEX-~201-EAST-WATER-STREET,-~STATEVILLE,-~ NORTH-CAROLINA-~28677] FOR THIS ACTOR OF THE COLORING WITH THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-LAW-TITLE-~18: U.-S.-C.-S.-~242, **ARE** WITH THE DAMAGE-CLAIM AGAINST THE CLAIMANT.
> ~3 **W. DAVID LEE**, [actor, void-oath][P.O.-DRAWER-829,-~MONROE,-~NORTH-CAROLINA-~28111] FOR THIS ACTOR OF THE COLORING WITH THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-LAW-TITLE-~18: U.-S.-C.-S.-~242, **ARE** WITH THE DAMAGE-CLAIM AGAINST THE CLAIMANT.
> ~4 **DAVID HALL**, [actor, void-oath] [~200-NORTH-MAIN-STREET,-~WINSTON-SALEM,-~NORTH-CAROLINA-~27102] FOR THIS ACTOR OF THE COLORING WITH THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-LAW-TITLE-~18: U.-S.-C.-S.-~242, **ARE** WITH THE DAMAGE-CLAIM AGAINST THE CLAIMANT.

1

(Doc. 1, at 1). The Court notes that this is not the first time Plaintiff has filed an indiscipherable pleading in federal court. Judge Cogburn recently dismissed an equally incomprehensible pleading filed by Plaintiff in 5:14-cv-159.

Even when liberally read, review of the Complaint does not reveal "a short, plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8. Accordingly, the Complaint is **DISMISSED.**

**IT IS, THEREFORE, ORDERED THAT**

(1) Defendants' Motions to Dismiss (Docs. 13, 16) are **GRANTED**;

(2) This action is dismissed in its entirety without prejudice; and

(3) All Motions filed by Plaintiff for Summary Judgment (Docs. 18-21) are **MOOT**.

Signed: April 16, 2015

Richard L. Voorhees
United States District Judge