# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DAVID LEWIS TURNER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00154-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CRYSTAL SAIN BEALE | ) | |
| W. DAVID LEE | ) | |
| SCOTT MAPLE | ) | |
| DAVID HALL, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 16, 2015, Order.

Signed: April 16, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court