# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-154

| | |
|---|---|
| DAVID LEWIS TURNER, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CRYSTAL SAIN BEALE, SCOTT MAPLE, ) | |
| W. DAVID LEE, DAVID HALL, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**BEFORE THE COURT** is Plaintiff's Motion to Reconsider. (Doc. 31). Motions to dismiss were filed (Doc. 13, 16) and granted (Doc. 29) after the Court issued a *Roseboro* notice to Plaintiff (Doc. 28). This Court dismissed his Plaintiff's Complaint because it was utterly incomprehensible.

Plaintiff's instant motion includes some of the same incomprehensible language, despite having been warned that continuing to do so could result in sanctions, (Doc. 31). Further, the motion raises no grounds that would cause the Court to reconsider its original Order. *Remediation Products, Inc. v. Adventus Americas, Inc.*, No. 3:07CV153-RJC-DCK, 2010 WL 2572555, at *1 (W.D.N.C. June 22, 2010) ("A motion to reconsider is appropriate where the court has patently misunderstood a party, or has made a decision outside the adversarial issues presented to the court by the parties, or has made an error not of reasoning but of apprehension.").

**IT IS, THEREFORE, ORDERED THAT**

(1) Plaintiff's Motion to Reconsider is **DENIED** (Doc. 31); and

(2) The action remains dismissed without prejudice; and

(3) The Clerk is directed to mail this order to Plaintiff.

Signed: April 23, 2015

Richard L. Voorhees
United States District Judge